# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MARIE SMITH,**<br>    Plaintiff,<br><br>v.<br><br>**KELLY SERVICES, INC, and THE SCHOOL DISTRICT OF PHILADELPHIA,**<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-3600 |

## O R D E R

**AND NOW**, this 25th day of January, 2019, upon consideration of Defendants' motion for summary judgment (ECF No. 72), Plaintiff's response (ECF No. 77), and Defendants' reply thereto (ECF No. 79), **IT IS ORDERED** that:

(1) The motion is **GRANTED;**

(2) **JUDGMENT IS ENTERED IN FAVOR** of Defendants and **AGAINST** Plaintiff;

(3) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**/s/ Wendy Beetlestone**

_____

**WENDY BEETLESTONE, J.**